# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2025

*The Court of Appeals hereby passes the following order:*

**A24A1362.  DOMINIQUE JABRIL WINTERS v. HC 935M OWNER, LLC.**

This case was docketed to the August 2024 Term of this Court. Proceeding pro se, Appellant Dominique Jabril Winters filed several motions, which this Court denied.  To contest one such denial, Appellant filed in the Supreme Court of Georgia a (pro se) Petition for Writ of Certiorari, which was docketed in that Court where it remains pending as Case No. S25C0442.

As the decision of the Supreme Court regarding S25C0442 may substantially affect the jurisdiction of this Court regarding A24A1362, because the Supreme Court of Georgia has the ultimate responsibility for determining appellate jurisdiction, and in the interest of judicial economy, the above-captioned appeal is hereby TRANSFERRED to the Supreme Court so that one authoritative determination can be made as to the appropriate appellate disposition over Appellant Dominique Jabril Winters's appeal.  See Ga. Const. Art. VI, § VI, ¶ VI ("The decisions of the Supreme Court shall bind all other courts as precedents."); *Mays v. Rancine-Kinchen*, 291 Ga. 283, 283 (729 SE2d 321) (2012) ("The policy of the Appellate Practice Act is against multiple appeals and piecemeal litigation.") (citation and punctuation omitted); *Saxton v. Coastal Dialysis &c.*, 267 Ga. 177, 178 (476 SE2d 587) (1996) (reiterating that the Supreme Court of Georgia has "ultimate responsibility for construing the constitutional provisions regarding appellate jurisdiction" and that its decisions result "in a binding and conclusive determination of the jurisdiction of the Court of

1

Appeals").[1]



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  02/21/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] And see generally *Bridges v. Collins-Hooten*, 339 Ga. App. 756, 759 (1), n. 5 (792 SE2d 721) (2016) ("[U]nder our Constitution's two-term rule, this Court is required to 'dispose of every case at the term for which it is entered on the court's docket for hearing or at the next term.' Ga. Const. Art. VI, Sec. IX, Par. II. Thus, we are not at liberty to delay the disposition of appeals in anticipation of pending decisions from our own Supreme Court.") (citation and punctuation omitted).